# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLEMAN MCMILLAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PEPPERIDGE FARM, INCORPORATED, ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entity) and JOHN DOES 1-5 (fictitious names of unidentified individuals),<br><br>Defendant. | Civil Action No.: 2:22-CV-00542-BRM-CLW |
| PEPPERIDGE FARM, INCORPORATED,<br>　　　　Counterclaimant,<br>　　　　　v.<br>COLEMAN MCMILLAN,<br>　　　　Counterclaim-Defendant. | |
| PEPPERIDGE FARM, INCORPORATED,<br>　　　　Third-Party Plaintiff,<br>　　　　　v.<br>NOBODY OWNS ME, LLC,<br>　　　　Third-Party Defendant. | THIRD-PARTY COMPLAINT |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties, by and through their counsel, hereby agree to dismiss Plaintiff's Complaint, Pepperidge Farm's Counterclaim and Pepperidge Farm's Third-Party Complaint with prejudice. All parties agree to bear their own costs and attorneys' fees.

Dated: April 10, 2023

| McOMBER McOMBER & LUBER, P.C. | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: /s/ *Charles J. Kocher* | By: /s/ *Ann Marie Effingham* |
| Charles J. Kocher (016952004)<br>Matthew A. Luber (017302010)<br>Tyler J. Burrell (377942021)<br>39 East Main Street<br>Marlton, NJ 08053<br>Phone: (856) 985-9800<br><br>*Attorneys for Plaintiff and Third-Party Defendant* | Ann Marie Effingham (209642016)<br>502 Carnegie Center<br>Princeton, NJ 08540-7814<br>annmarie.effingham@morganlewis.com<br>Phone: (609) 919-6600<br><br>Benjamin K. Jacobs (*admitted pro hac vice*)<br>Jeffrey Becker (*admitted pro hac vice*)<br>1701 Market Street<br>Philadelphia, PA 19103<br>benjamin.jacobs@morganlewis.com<br>jeffrey.becker@morganlewis.com<br>Phone: (215) 963-5651<br>Phone: (215) 963-5946<br><br>*Attorneys for Pepperidge Farm, Incorporated* |

SO ORDERED:

_____
Brian R. Martinotti, USDJ
Dated: April 10, 2023